**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
100 Pearl Street, Suite 20-100
New York, NY 10004-2616

Division of
Enforcement

July 11, 2025

**BY ECF**

The Honorable Lara K. Eshkenazi
United States District Court for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

    Re:    *SEC v. Mina Tadrus and Tadrus Capital LLC*, 23-CV-5708 (FB)

Dear Judge Eshkenazi:

    Plaintiff Securities and Exchange Commission ("SEC") respectfully requests that the Court adjourn the July 22 Court conference in this case until after August 18, 2025, the date of Defendant Mina Tadrus's sentencing hearing in the parallel criminal case *United States v. Tadrus*, 23-cr-393 (E.D.N.Y.) (the "Criminal Case"). The SEC has conferred with Tadrus's counsel in the Criminal Case, who have informed the SEC that Tadrus has no objection to this request.[1]

    On November 2, 2023, this Court granted the motion of the United States Attorney (EDNY) to stay this case "to allow the [Criminal Case] to proceed." On June 26, 2025, the Court vacated the stay order "since defendant Mina Tadrus has plead guilty and awaiting sentencing in" the Criminal Case. The SEC has since conferred with Mina Tadrus's counsel in the Criminal Case regarding potential resolution of the SEC case, and the parties believe that such resolution likely will be facilitated by Tadrus's sentencing in the Criminal Case. In addition, the Court's June 30 Order (scheduling the July 22 conference) cautions that "corporate defendants cannot proceed *pro se*" in this case. The parties also need additional time to consider and address corporate Defendant Tadrus Capital LLC's unrepresented status.

---

[1] Tadrus's counsel in the Criminal Case, Allegra Glashausser and Jeff Dahlberg, do not represent Tadrus in the SEC case but are facilitating the parties' communications, including by accepting service of the SEC's filings in this matter on behalf of Defendants Mina Tadrus and Tadrus Capital LLC.

Hon. Lara K. Eshkenazi
July 11, 2025
Page 2

      For the foregoing reasons, the SEC respectfully requests that the Court reschedule the July 22 conference to a date after the August 18 sentencing in the Criminal Case.

                                    Respectfully submitted,

                                    /s/ *Abigail Rosen*
                                  Abigail Rosen
                                  Trial Counsel

cc:
Mina Tadrus, c/o Allegra Glashausser, by email (allegra_glashausser@fd.org)
Tadrus Capital LLC, c/o Allegra Glashausser, by email (allegra_glashausser@fd.org)