

UNITED STATES
SECURITIES AND EXCHANGE COMMISSION
100 PEARL STREET, SUITE 20-100
NEW YORK, NY 10004-2616

DIVISION OF
ENFORCEMENT

August 7, 2025

**BY ECF**

The Honorable Frederic Block
United States District Court for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

    Re:    *SEC v. Mina Tadrus and Tadrus Capital LLC,* 23-CV-5708 (FB)

Dear Judge Block:

    Plaintiff Securities and Exchange Commission ("Commission") respectfully submits this letter seeking approval of the enclosed, proposed partial consent judgment. The Commission and Defendant Mina N. Tadrus ("Defendant") have reached a partial settlement that would resolve the non-monetary relief that the Commission seeks in this case but leave open for later resolution by motion (or settlement) the monetary relief sought.

    On February 13, 2025, Defendant pled guilty to one violation of 15 U.S.C. §§ 80b-6 and 80b-17 (investment adviser fraud) in the parallel federal criminal matter *United States v. Tadrus*, 23-cr-000393 (E.D.N.Y) (HG). Defendant is scheduled to be sentenced on August 18, 2025.

    The proposed consent judgment is fair and reasonable and does not disserve the public interest under *SEC v. Citigroup Global Markets, Inc.*, 752 F.3d 285 (2d Cir. 2014). Among other things, the judgments would permanently enjoin Defendant from committing violations of certain federal securities laws, including engaging in fraud in connection with the offer, purchase, or sale of securities or engaging in fraud while acting as an investment adviser. The proposed consent judgment would also impose an officer and director bar, prohibiting Defendant from acting as an officer or director of certain issuers. Additionally, Defendant would be enjoined from participating in the issuance, purchase, offer, or sale of any security, provided however, that such injunction shall not prevent Defendant from purchasing or selling securities for his own personal account.

Hon. Frederic Block
August 7, 2025
Page 2

      The Commission therefore respectfully requests that the Court approve the proposed consent judgment.

                                              Respectfully submitted,

                                              /s/ *Abigail Rosen*
                                              Abigail Rosen
                                              Trial Counsel

cc:
Mina Tadrus, c/o Allegra Glashausser, by email (allegra_glashausser@fd.org)
Tadrus Capital LLC, c/o Allegra Glashausser, by email (allegra_glashausser@fd.org)