

UNITED STATES
SECURITIES AND EXCHANGE COMMISSION
100 PEARL STREET, SUITE 20-100
NEW YORK, NY 10004-2616

NEW YORK
REGIONAL OFFICE

August 25, 2025

**BY ECF**

Hon. Lara K. Eshkenazi
United States Magistrate Judge
United States District Court for the New York Eastern District
225 Cadman Plaza East
Brooklyn, NY 11201

Re:   *SEC v. Mina Tadrus and Tadrus Capital LLC*, 23-CV-5708 (FB/LKE)

Dear Judge Eshkenazi:

Pursuant to the Court's July 14, 2025 Order, Plaintiff Securities and Exchange Commission ("SEC") respectfully submits this status letter and requests that the Court order another status update within 90 days, by November 25, 2025. The SEC has conferred with Defendant Mina Tadrus's ("Tadrus") counsel in the parallel criminal case *United States v. Tadrus*, 23-cr-393 (E.D.N.Y.) (the "Criminal Case"), who have informed the SEC that Tadrus has no objection to this request.[1]

On November 2, 2023, this Court granted the motion of the United States Attorney (EDNY) to stay this case "to allow the [Criminal Case] to proceed." On June 26, 2025, the Court vacated the stay order "since defendant Mina Tadrus has pled guilty and awaiting sentencing in" the Criminal Case. On August 12, 2025, the Court entered a bifurcated judgment against Tadrus on consent. (Dkt. Entry 45.) The Tadrus consent judgment left open as to Tadrus only the issue of monetary remedies.

On August 18, 2025, the court in the Criminal Case sentenced Tadrus to 30 months incarceration and to pay $4,224,850 in restitution. (Crim. Dkt. Entry 66.) The parties in the SEC case anticipate that Tadrus's recent sentencing will help facilitate resolution of the monetary remedies in this case, and the parties need additional time to attempt to do so.

Defendant Tadrus Capital LLC ("Tadrus Capital") is not represented in this case, and the Court previously determined that "corporate defendants cannot proceed *pro se*" in

---

[1] Tadrus's counsel in the Criminal Case, Allegra Glashausser and Jeff Dahlberg, do not represent Tadrus in the SEC case but are facilitating the parties' communications, including by accepting service of the SEC's filings in this matter on behalf of Defendants Mina Tadrus and Tadrus Capital.

Hon. Lara K. Eshkenazi
August 25, 2025
Page 2

this case. (Dkt. Entry 42.2.)  The parties also need additional time to consider and address this issue and a potential resolution of the SEC's claims against Tadrus Capital.

    For the foregoing reasons, the SEC respectfully requests that, if the parties are unable to reach a consensual resolution sooner, the SEC submit a further status report to the Court within 90 days, by November 25, 2025.

                           Respectfully submitted,

                           /s/ *Abigail Rosen*
                           Abigail Rosen
                           Trial Counsel

cc:    Mina Tadrus, c/o Allegra Glashausser, by email (allegra_glashausser@fd.org)
       Tadrus Capital, c/o Allegra Glashausser